

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-11-00264-CR

_____

KENDRICK L. MURRY, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 71st Judicial District Court
Harrison County, Texas
Trial Court No. 06-0298X

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

MEMORANDUM OPINION

Kendrick L. Murry[1] appellant, has filed with this Court a motion to dismiss his appeal. The motion is signed by Murry and by his counsel in compliance with Rule 42.2(a) of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.2(a). As authorized by Rule 42.2, we grant the motion. *See* TEX. R. APP. P. 42.2.

Accordingly, we dismiss the appeal.

Josh R. Morriss, III
Chief Justice

Date Submitted:     May 22, 2012
Date Decided:       May 23, 2012

Do Not Publish

---

[1]We note that the spelling "Murray" is also used in the record, including the judgment; however, it appears that Mr. Murry signs his name "Murry." We will, therefore, use "Murry" in this opinion.